UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES APOSTLE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CIT GROUP INC., JEFFREY M. PEEK and JOSEPH M. LEONE, <br><br> Defendants. | **CIVIL ACTION NO. 1:08-cv-07431-UA** <br><br> CLASS ACTION COMPLAINT <br><br> **JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, James Apostle, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: August 21, 2008

**BRODSKY & SMITH, LLC**

By:*Evan J. Smith (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Seamus Kaskela, Esquire
David Promisloff, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiffs*

1